United States District Court
Southern District of Texas
**ENTERED**
January 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRAVOY RAMON HOLLIE, JR., | § |
| Plaintiff, | § § § |
| VS. | §   CIVIL ACTION NO. 4:25-CV-02062 |
| KEN PAXTON, *et al.*, | § § § |
| Defendants. | § |

## ORDER

Before the Court is United States Magistrate Judge Dena H. Palermo's Memorandum and Recommendation filed on December 2, 2025. Doc. #17. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation (Doc. #17) in its entirety.

Therefore, pursuant to Federal Rule of Civil Procedure 41(b), this case is hereby DISMISSED without prejudice for failure to prosecute.

It is so ORDERED.

JAN 1 4 2026
Date

The Honorable Alfred H. Bennett
United States District Judge